Alison K. Guernsey
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| United States of America, | No. CR-13-2115-LRS |
|---|---|
| Plaintiff, | **Order Granting Motion to Dismiss with Prejudice** |
| v. | |
| Brian Edward Pollock, | |
| Defendant. | |

Before the Court is the Defendant's unopposed Motion to Dismiss the Information with Prejudice (ECF No. 14). For the reasons set forth in the motion, IT IS HEREBY ORDERED that the Motion (ECF No. 14) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this 23rd day of April, 2015.

*s/Lonny R. Suko*

_____
Lonny R. Suko
SENIOR U. S. DISTRICT JUDGE

Order: 1